JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DIANA S., <br>       Plaintiff, <br>     v. <br> MARTIN J. O'MALLEY, <br> Commissioner of Social Security, <br>       Respondent. | No. 2:23-cv-05511-HDV-BFM <br><br> **JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Commissioner's denial of benefits is reversed, and this matter is remanded, pursuant the court's authority under 42 U.S.C. § 405(g).

DATED: 4/24/24

_____
HONORABLE HERNAN D. VERA
UNITED STATES DISTRICT JUDGE